UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAZARO DARIEL VALIENTE PEREZ,

Plaintiff,

v.

Case No. 2:26-cv-02417-KCD-NPM

WARDEN, GLADES COUNTY DETENTION CENTER, U.S. ATTORNEY GENERAL,

Defendants,
_______________________________/

# ORDER

The Court previously ordered the Government to provide Petitioner with a bond hearing. (Doc. 5.) On September 23, 2026, that happened, with the immigration judge denying bond after finding that Petitioner was subject to mandatory detention because of a drug offense and that he is a flight risk. (Doc. 8-1.) Petitioner, nonetheless, now moves the Court to "enforce" its prior order and "order his immediate release … under reasonable conditions of supervision." (Doc. 6 at 7.)

Petitioner's motion is **DENIED**. The immigration judge identified the Court's prior order and provided a detailed discussion as to why bond is not appropriate here. (*See* Doc. 8-1.) There is nothing procedurally or constitutionally defective about its decision. This Court does not have

jurisdiction to step in and give Petitioner a different decision. *See Mayorga v. Meade*, No. 24-CV-22131, 2024 WL 4298815, at *8 (S.D. Fla. Sept. 26, 2024) ("[T]his Court does not have jurisdiction to review the decision of the immigration judge to deny Petitioner bond[.]").

**ORDERED** in Fort Myers, Florida on October 30, 2026.

Kyle C. Dudek
United States District Judge